ALICE AUSBON                          *        NO. 2023-CA-0589

VERSUS                                *        COURT OF APPEAL

OMNI HOTELS                           *        FOURTH CIRCUIT
MANAGEMENT
CORPORATION AND ABC                   *        STATE OF LOUISIANA
INSURANCE COMPANY
                                      *

                                      *
                            * * * * * * *

DNA    ATKINS, J., CONCURS IN THE RESULT.